STATE OF FLORIDA, ex rel. S. M. MERCER, v. J. E. ALBRITTON, Sheriff of DeSoto County, Florida.

11 So. (2nd) 305                                    June Term, 1942
January 11, 1943                                        Division B

*W. W. Whitehurst,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

No error having been made clearly to appear the order of the circuit judge denying the petitioner's application for writ of habeas corpus is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.